UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 JAN 29 AM 11: 13

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Fariba Izadnia, :
    Plaintiff,
                    :

v.

                      :   Case Number:    1:02cv420
                          **Termination Date**:  August 21, 2003

Children's Hospital            :
    Medical Center, et al.,
    Defendants.

---

### NOTICE OF COUNSEL

---

I hereby acknowledge receipt of exhibits and depositions filed in the above-styled case.

Defendant's Depoisiton:

    Fariba Izadnia


1/29/04
DATE

Patricia Anderson Pryor
Timothy Patrick-Reilly
Counsel for the Defendant

bac    January 27, 2004